AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

GERMAN FRANCISCO CENTENO-JIRON,

Petitioner,

v.

WARDEN, FOLKSTON ICE PROCESSING CENTER,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:26-cv-805

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered October 6, 2026, Respondent's motion to dismiss is granted as unopposed, and Petitioner's 28 U.S.C. § 2241 petition is dismissed without prejudice. Additionally, Petitioner is denied in forma pauperis status on appeal. This case stands closed.

Approved by: ______________________
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

October 6, 2026
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk